# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANDREW A. SAPP,**

    **Plaintiff,**

**v.**                                                 **Case No. 4:23-cv-242-AW-MAF**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

This case began with a complaint filed on June 7. The magistrate judge gave Plaintiff notice of several deficiencies. ECF No. 4. Among other things, the magistrate judge noted that the complaint was filed on an inapplicable form and signed by neither the Plaintiff nor a licensed attorney. *Id.* The magistrate judge further noted that Plaintiff had not paid the filing fee or shown he was financially unable to do so. *Id*. Accordingly, the magistrate judge instructed Plaintiff to pay the filing fee and file an amended complaint. *Id*. Plaintiff did neither.

The magistrate judge now recommends dismissal. ECF No. 5. Plaintiff has not objected to the report and recommendation. I agree with the magistrate judge that dismissal is appropriate based on the history detailed above. The dismissal, though, will be without prejudice. The clerk will enter judgment that says, "This case is dismissed without prejudice for failure to comply with a court order, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 28, 2023.

s/ *Allen Winsor*
United States District Judge
